UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD R. LOPEZ, | ) | 1:08-cv-1542-LJO-SMS |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| v. | ) | RECOMMENDATION TO DENY |
| | ) | PLAINTIFF'S APPLICATION TO |
| MICHAEL J. ASTRUE, | ) | PROCEED IN FORMA PAUPERIS (DOCS. |
| COMMISSIONER OF SOCIAL | ) | 2, 3) |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff is proceeding pro se with an action seeking judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying Plaintiff's application for benefits. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

On October 22, 2008, the Magistrate Judge filed findings and a recommendation that the District Judge deny Plaintiff's application to proceed in forma pauperis because Plaintiff had not demonstrated his poverty. The findings and recommendation were served on all parties on October 22, 2008, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service

1

1 of the order. No party has filed any objections.

2     The Court further notes that after the filing of the
3 findings and recommendation, Plaintiff paid the filing fee, and
4 the case is proceeding.

5     In accordance with the provisions of 28 U.S.C. § 636
6 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
7 452, 454 (9th Cir. 1983), this Court has conducted a de novo
8 review of the case. Having carefully reviewed the entire file,
9 the Court finds that the report and recommendation are supported
10 by the record and proper analysis.

11     Accordingly, IT IS HEREBY ORDERED that:

12     1. The findings and recommendation filed October 22, 2008,
13 are ADOPTED IN FULL; and

14     2. Plaintiff's application to proceed in forma pauperis IS
15 DENIED.

16     IT IS SO ORDERED.

17 **Dated:   November 24, 2008**          **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE